PETITION FOR WRIT OF HABEAS CORPUS: 28 USC §2254 (Rev. 9/10)
ADOPTED BY ALL FEDERAL COURTS IN TEXAS

United States Courts
Southern District of Texas
F I L E D

DEC 3 1 2020

David J. Bradley
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT

## FOR THE ___SOUTHERN___ DISTRICT OF TEXAS

### ___VICTORIA___ DIVISION

## PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Ronnie Jay Hunnel

**PETITIONER**
(Full name of Petitioner)

vs.

Honorable Warden Furr

**RESPONDENT**
(Name of TDCJ Director, Warden, Jailor, or
authorized person having custody of Petitioner)

Stevenson Unit

**CURRENT PLACE OF CONFINEMENT**

02054965

**PRISONER ID NUMBER**

**4:21cv65-SDJ-CAN**

6:20 CV 75

**CASE NUMBER**
(Supplied by the District Court Clerk)

## INSTRUCTIONS - READ CAREFULLY

1.   The petition must be legibly handwritten or typewritten and signed and dated by the petitioner, under penalty of perjury.  Any false statement of an important fact may lead to prosecution for perjury.  Answer all questions in the proper space on the form.

2.   Additional pages are not allowed except in answer to questions 11 and 20.  Do not cite legal authorities. Any additional arguments or facts you want to present must be in a separate memorandum. The petition, including attachments, may not exceed 20 pages.

3.   Receipt of the $5.00 filing fee or a grant of permission to proceed *in forma pauperis* must occur before the court will consider your petition.

4.   If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show that you cannot prepay the fees and costs, and (2) if you are confined in TDCJ-CID, you must send in a certified *In Forma Pauperis* Data Sheet form from the institution in which you are confined.  If you are in an institution other than TDCJ-CID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution.  If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

5.   Only judgments entered by one court may be challenged in a single petition.  A separate petition must be filed to challenge a judgment entered by a different state court.

6.   Include all of your grounds for relief and all of the facts that support each ground for relief in this petition.

7.   Mail the completed petition and one copy to the U. S. District Clerk.  The "Venue List" in your unit law library lists all of the federal courts in Texas, their divisions, and the addresses for the clerk's offices.  The proper court will be the federal court in the division and district in which you were convicted (for example, a Dallas County conviction is in the Northern District of Texas, Dallas Division) or where you are now in custody (for example, the Huntsville units are in the Southern District of Texas, Houston Division).

8.   Failure to notify the court of your change of address could result in the dismissal of your case.

---

## PETITION

**What are you challenging?**  (Check all that apply)

☐   A judgment of conviction or sentence, probation or deferred-adjudication probation.   (Answer Questions 1-4, 5-12 & 20-25)

☐   A parole revocation proceeding.   (Answer Questions 1-4, 13-14 & 20-25)

☐   A disciplinary proceeding.   (Answer Questions 1-4, 15-19 & 20-25)

☒   Other:____Void Judgment____   (Answer Questions 1-4, 10-11 & 20-25)

**All petitioners must answer questions 1-4:**
Note: In answering questions 1-4, you must give information about the conviction for the sentence you are presently serving, even if you are challenging a prison disciplinary action. (Note: If you are challenging a prison disciplinary action, do not answer questions 1-4 with information about the disciplinary case. Answer these questions about the conviction for the sentence you are presently serving.) Failure to follow this instruction may result in a delay in processing your case.

1.   Name and location of the court (district and county) that entered the judgment of conviction and sentence that you are presently serving or that is under attack: _____

Fannin County Court

2.   Date of judgment of conviction:   February 26, 2016

3.   Length of sentence:   5-year sentence / stacked contrary to the interest of justice

4.   Identify the docket numbers (if known) and all crimes of which you were convicted that you wish to challenge in this habeas action:   CR-15-25325 stacked on CR-15-25461; CR-16-25713; and CR-16-25714

-2-

**Judgment of Conviction or Sentence, Probation or Deferred-Adjudication Probation:**

5. What was your plea? (Check one)  ☐ Not Guilty  ☐ Guilty  ☐ Nolo Contendere

6. Kind of trial: (Check one)  ☐ Jury  ☐ Judge Only

7. Did you testify at trial?  ☐ Yes  ☐ No

8. Did you appeal the judgment of conviction?  ☐ Yes  ☐ No

9. If you did appeal, in what appellate court did you file your direct appeal? _____

_____ Cause Number (if known): _____

What was the result of your direct appeal (affirmed, modified or reversed)? _____

What was the date of that decision? _____

If you filed a petition for discretionary review after the decision of the court of appeals, answer the following:

Grounds raised: _____

_____

Result: _____

Date of result: _____ Cause Number (if known): _____

If you filed a petition for a *writ of certiorari* with the United States Supreme Court, answer the following:

Result: _____

Date of result: _____

10. Other than a direct appeal, have you filed any petitions, applications or motions from this judgment in any court, state or federal? This includes any state applications for a writ of habeas corpus that you may have filed.  ☒ Yes  ☐ No

11. If your answer to 10 is "Yes," give the following information:

Name of court: _Fannin County_____

Nature of proceeding: _§ 11.07_____

Cause number (if known): _CR-145-25325; CR-15-25461; CR-16-25713; CR-16-25714_

Date (month, day and year) you <u>filed</u> the petition, application or motion as shown by a file-stamped date from the particular court: _____

Grounds raised: _____

_____

Date of final decision: _____

What was the decision? _____

Name of court that issued the final decision: _____

As to any <u>second</u> petition, application or motion, give the same information:

Name of court: _____

Nature of proceeding: _____

Cause number (if known): _____

Date (month, day and year) you <u>filed</u> the petition, application or motion as shown by a file-stamped date from the particular court: _____

Grounds raised: _____

_____

Date of final decision: _____

What was the decision? _____

Name of court that issued the final decision: _____

*If you have filed more than two petitions, applications or motions, please attach an additional sheet of paper and give the same information about each petition, application or motion.*

12.    Do you have any future sentence to serve after you finish serving the sentence you are attacking in this petition?    ☐ Yes    ☐ No

    (a)    If your answer is "Yes," give the name and location of the court that imposed the sentence to be served in the future: _____

_____

    (b)    Give the date and length of the sentence to be served in the future: _____

_____

–4–

    (c)    Have you filed, or do you intend to file, any petition attacking the judgment for the sentence you must serve in the future? ☐ Yes ☐ No

## Parole Revocation:

13.    Date and location of your parole revocation: _____

14.    Have you filed any petitions, applications or motions in any state or federal court challenging your parole revocation? ☐ Yes ☐ No

    If your answer is "Yes," complete Question 11 above regarding your parole revocation.

## Disciplinary Proceedings:

15.    For your original conviction, was there a finding that you used or exhibited a deadly weapon? ☐ Yes ☐ No

16.    Are you eligible for release on mandatory supervision? ☐ Yes ☐ No

17.    Name and location of the TDCJ Unit where you were found guilty of the disciplinary violation:

    _____

    Disciplinary case number: _____

    What was the nature of the disciplinary charge against you? _____

18.    Date you were found guilty of the disciplinary violation: _____

    Did you lose previously earned good-time days? ☐ Yes ☐ No

    If your answer is "Yes," provide the exact number of previously earned good-time days that were forfeited by the disciplinary hearing officer as a result of your disciplinary hearing:

    _____

    Identify all other punishment imposed, including the length of any punishment, if applicable, and any changes in custody status:

    _____

    _____

19.    Did you appeal the finding of guilty through the prison or TDCJ grievance procedure? ☐ Yes ☐ No

    If your answer to Question 19 is "Yes," answer the following:

    Step 1 Result: _____

Date of Result: _____

Step 2  Result: _____

Date of Result: _____

**All petitioners must answer the remaining questions:**

20.  For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Summarize <u>briefly</u> the facts supporting each ground.  If necessary, you may attach pages stating additional grounds and facts supporting them.

<u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust your available state-court remedies on each ground on which you request action by the federal court.  Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

A.  **GROUND ONE:**  ISSUE ONE – Void Judgment

_____

Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

Incarcerated over original orally pronounced sentence in violation of

the Constitution and laws or treaties to the U.S. Constitution.

_____

_____

B.  **GROUND TWO:**  ISSUE TWO – Void Judgment allowed to be denied by operation

of law contrary to the interest of justice.

Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

A void judgment once challenged, must be proved, and the Court permitted

claim to be 'Denied' by operation of law contrary to the interest of

justice doctrine.

_____

_____

C.    **GROUND THREE:** _____

_____

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

D.    **GROUND FOUR:** _____

_____

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

21.    Relief sought in this petition: Grant of writ in the interest of justice, habeas counsel provided, bench warrant for live hearing and the 'ORDER' of Petitioner's wrongful detention release as justice demands.

_____

_____

_____

_____

_____

22. Have you previously filed a federal habeas petition attacking the same conviction, parole revocation or disciplinary proceeding that you are attacking in this petition? ☒Yes ☐No If your answer is "Yes," give the date on which each petition was filed and the federal court in which it was filed. Also state whether the petition was (a) dismissed without prejudice, (b) dismissed with prejudice, or (c) denied.

Due to Covid-19, unknown...yet 'Time Barred'

(Records difficult)

If you previously filed a federal petition attacking the same conviction and such petition was denied or dismissed with prejudice, did you receive permission from the Fifth Circuit to file a second petition, as required by 28 U.S.C. § 2244(b)(3) and (4)? ☐ Yes ☒No

23. Are any of the grounds listed in question 20 above presented for the first time in this petition? ☒ Yes ☐ No

If your answer is "Yes," state briefly what grounds are presented for the first time and give your reasons for not presenting them to any other court, either state or federal.

As pro-se Petitioner, my belief is that a void judgment may be raised

at anytime, in any court, by anyone. See Juris Corpus Secundum-Judgments

§ 754.

24. Do you have any petition or appeal now pending (filed and not yet decided) in any court, either state or federal, for the judgment you are challenging? ☐ Yes ☒No

If "Yes," identify each type of proceeding that is pending (i.e., direct appeal, art. 11.07 application, or federal habeas petition), the court in which each proceeding is pending, and the date each proceeding was filed. N/A

25. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Jon O'Toole

(b) At arraignment and plea: Jon O'Toole

(c) At trial: Jon O'Toole

(d) At sentencing: Jon O'Toole

(e) On appeal: Pro-Se

(f) In any post-conviction proceeding: Pro-Se

(g)     On appeal from any ruling against you in a post-conviction proceeding: _____

            Pro-Se
_____

## Timeliness of Petition:

26.     If your judgment of conviction, parole revocation or disciplinary proceeding became final over
        one year ago, you must explain why the one-year statute of limitations contained in 28 U.S.C. §
        2244(d) does not bar your petition.[1]

        Humbly invoking the 'Look-Through' Doctrine and the reaching of my
_____

        merits 'To Better Serve The Administration Of Justice'. See Issues
_____

        Presented in support.
_____

_____

_____

_____

---

[1] The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), as contained in 28 U.S.C. § 2244(d),
provides in part that:

(1)     A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in
        custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

        (A)     the date on which the judgment became final by the conclusion of direct review or the
                expiration of the time for seeking such review;

        (B)     the date on which the impediment to filing an application created by State action in violation
                of the Constitution or laws of the United States is removed, if the applicant was prevented from
                filing by such State action;

        (C)     the date on which the constitutional right asserted was initially recognized by the Supreme
                Court, if the right has been newly recognized by the Supreme Court and made retroactively
                applicable to cases on collateral review; or

        (D)     the date on which the factual predicate of the claim or claims presented could have been
                discovered through the exercise of due diligence.

(2)     The time during which a properly filed application for State post-conviction or other collateral review
        with respect to the pertinent judgment or claim is pending shall not be counted toward any period of
        limitation under this subsection.

Wherefore, petitioner prays that the Court grant him the relief to which he may be entitled.

_____N/A_____
Signature of Attorney (if any)

_____

        I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct
and that this Petition for a Writ of Habeas Corpus was placed in the prison mailing system on

_____December 28, 2020_____ (month, day, year).

        Executed (signed) on _____December 10, 2020_____ (date).

_____
Signature of Petitioner (required)

Petitioner's current address: _____(SB) 1525 FM 766; Cuero, Texas, 77954_____

_____

–10–

INDEX OF AUTHORITIES

CITE                                                                    PAGE

Bledsue v. Johnson, 188 F. 3d 250 (1999)                                1, 2
    * Look through doctrine

Day v. McDonough, 126 S.Ct. 1675                                            2
    * Ends of justice--reach merits

Estelle v. Gamble, 429 U.S. 97                                             1

Haines v. Kerner, 404 U.S. 519 (1972)                                     1

Scheur v. Rhodes, 416 U.S. 232, 94 S.Ct. 1683, 1687 (1974)               4

Williamson v. Berry, 49 U.S. 495, 551 (1850)                             4

Yist v. Nunnemaker, 111 S.Ct. 2590                                       1, 2

]

28 U.S.C. § 2254(a)                                                     1, 2, 4


Civ. Prac. & Rem. Code § 103.052                                          3


U.S. Const. 5th, 6th, and 14th                                            2

United States Courts
Southern District of Texas
FILED

DEC 3 1 2020

David J. Bradley
Clerk of Court

i

TABLE OF CONTENTS

Index of Authorities                                              i


Table of Contents                                                 ii


Statement of the Case                                             iii


Statement of the Facts                                            iii


Argument / Issues Presented                                       1-4


Prayer                                                            5


Verification                                                      5


Certification of Service                                          5


Appendix                                                          6

United States Courts
Southern District of Texas
F I L E D

DEC 3 1 2020

David J. Bradley
Clerk of Court

## STATEMENT OF THE CASE

Hunnel was convicted and sentenced to Cause Number(s) CR-15-25325; CR-15-25461; CR-16-25713; and CR-16-25714 on the same day at the same time on Feb. 26, 2016. Hunnel has filed § 11.07's that have been denied without written orders, was 'time-barred' in his § 2254, filed another § 11.07 claiming 'Void Judgment', and the habeas court allowed his 'Void Judgment' claim be denied by 'operation of law' contrary to the interest of justice doctrine.

This writ thus follows...in the interest of justice.


## STATEMENT OF THE FACTS

Hunnel has been in prison on all(4)(four cause numbers as the record so reflects. However, contrary to the interest of justice doctrine, Hunnel was initially orally pronounced sentence by the Court for all four cases to run concurrent.

Upon the Court dismissing Hunnel, Hunnel 'BAGAN' to serve his sentence. The Court, contrary to the interest of justice doctrine ordered Hunnel be brought-back into the courtroom, and unsentence and resentence Hunnel to stack sentences. See all of Hunnels' claims enclosed and further support as found in Appendix.

United States Courts
Southern District of Texas
FILED

DEC 31 2020

David J. Bradley
Clerk of Court

December 10, 2020

United States Courts
Southern District of Texas
**FILED**

**DEC 31 2020**

David J. Bradley
Clerk of Court

Clerk-Southern U.S. District Court
Victoria, Texas

RE:   Writ of Habeas Corpus § 2254 – In The Interest Of Justice; Ronnie Jay
Hunnel; TDCJ-ID No. 02054965.

Dear Honorable Clerk,

Enclosed please find my documents in the abovementioned. At your earliest convenience, please file mark the enclosed and provide a copy to the Honorable Justice(s) of said Court. Please know that I have signed said documents on this the 10th day of December, 2020. However, due to COVID-19 and no access to a copier, said documents have been forwared at a later date as reflects in my 'Certificate of Service' in page 5.

Please know that I thank you in advance for your professional assistance in this urgent legal matter especially during this Pandemic, the Holidays, and the Elections.

Respectfully,

Ronnie Jay Hunnel / Pro-Se
(SB) No. 02054965
1525 FM 766
Cuero, Texas 77954

Ronnie Hunnel
#02054965
1525 FM 766
Cuero TX 77954

United States Courts
Southern District of Texas
RECEIVED - Victoria Division

DEC 31 2020

David J. Bradley
Clerk of Court

U.S. Southern District of Texas
Clerk of Court
312 S. Main St. Rm 406
Victoria TX 77901