IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| RONNIE JAY HUNNEL, #02054965 § | |
| § | |
| VS. § | CIVIL ACTION NOS. 4:21cv63, -64, -65 |
| § | |
| DIRECTOR, TDCJ-CID § | |

## FINAL JUDGMENT

Having considered the petitions for writ of habeas corpus, and rendered its decision by opinion and Order of Dismissal issued this date, the Court **ORDERS** that the cases are **DISMISSED** without prejudice.

**So ORDERED and SIGNED this 4th day of October, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE